# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131322

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARCUS DONTI HANSERD,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131322
COA: 259868
Saginaw CC: 04-024484-FC

     On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

p0821

Clerk